

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00792-CR

Scott Ralph **WHEELOCK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B18-291
Honorable M. Patrick Maguire, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: October 25, 2023

DISMISSED FOR WANT OF JURISDICTION

In 2019, appellant pleaded guilty to a charge of driving while intoxicated, third offense or more. The trial court signed a final judgment of conviction on June 26, 2019. On September 23, 2020, we affirmed appellant's conviction on direct appeal. *See Wheelock v. State*, No. 04-19-00466-CR, 2020 WL 5646474, at *3 (Tex. App.—San Antonio Sept. 23, 2020, no pet.) (mem. op., not designated for publication).

On July 7, 2023, appellant filed a motion in the trial court entitled "Grounds for Out-of-Time Motion for New Trial." The trial court signed an order denying appellant's motion on July 20, 2023. On August 9, 2023, appellant filed a notice of appeal from that order.

"With very limited exceptions, we may only exercise jurisdiction in criminal cases over appeals from final judgments, and we may not exercise jurisdiction over a trial court's denial of a motion for an out-of-time motion for new trial." *Taylor v. State*, No. 03-12-00174-CR, 2013 WL 599550, at *1 (Tex. App.—Austin Feb. 12, 2013, pet. ref'd) (mem. op., not designated for publication); *Williams v. State*, No. 14-11-00240-CR, 2011 WL 2462491, at *1 (Tex. App.—Houston [14th Dist.] June 21, 2011, no pet.) (per curiam) (mem. op., not designated for publication) (describing appeal from denial of out-of-time motion for new trial as "a post-conviction collateral attack over which [an intermediate court of appeals] has no jurisdiction"). Accordingly, on September 22, 2023, we ordered appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction.

On October 6, 2023, appellant filed a response to our order. Appellant's response presented argument and authority regarding the merits of his 2019 conviction, our 2020 opinion affirming that conviction, and his 2023 out-of-time motion for new trial. However, appellant's response did not cite any authority that permits us to exercise jurisdiction over the denial of an out-of-time motion for new trial, and we have found none. *See, e.g.*, *Parker v. State*, No. 06-18-00102-CR, 2018 WL 3384384, at *1 (Tex. App.—Texarkana July 12, 2018, no pet.) (mem. op., not designated for publication) (order denying out-of-time motion for new trial "is not an order from which the Texas Legislature has authorized an appeal"). We therefore dismiss this appeal for want of jurisdiction. *See id.*

PER CURIAM

DO NOT PUBLISH